AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSHUA YAP SALISE | ) | Case No. M-21-2320-M |
| | ) | |
| COB: USA | ) | United States Courts |
| YOB: 2000 | ) | Southern District of Texas |
| | ) | FILED |
| *Defendant(s)* | ) | *November 02, 2021* |

## CRIMINAL COMPLAINT

Nathan Ochsner, Clerk of Court

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 1, 2021___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

Complaint authorized by AUSA Jongwoo Chung

/s/ Jeremy Fisher

*Complainant's signature*

FBI SA Jeremy Fisher

*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: ___11/02/2021 @ 7:35 a.m.___

*Judge's signature*

City and state: ___McAllen, Texas___

Juan F. Alanis, United States Magistrate Judge

*Printed name and title*

**ATTACHMENT**                M-21-2320-M

1. On or about September 8, 2021, FBI San Antonio – McAllen RA received information from FBI St. Louis regarding an individual identified as Joshua Yap SALISE who resides in McAllen, Texas. The information stated that SALISE was utilizing a Tumblr username "jaygoo365" with an associated e-mail account of j.y.salie@gmail.com to solicit Child Sexual Abuse Material ("CSAM"), colloquially known as child pornography, from a known target in St. Louis involved in distributing CSAM.

2. On November 1, 2021, I, Special Agent (SA) Jeremy Fisher, and Task Force Officer (TFO) Eric Austin conducted a knock and talk at SALISE's residence located in McAllen, Texas. SALISE was present at the residence along with his father.  I advised SALISE I wanted to speak with him about the Internet usage at the residence.  SALISE immediately appeared nervous.  SALISE asked that we speak without his father.  I asked SALISE if I was going to find anything he wasn't supposed to have on his phone and he replied, "Yes…CP."  I asked SALISE if he would be more comfortable speaking with us at the FBI McAllen Office outside the presence of his father.  SALISE voluntarily agreed to travel with SA Fisher and TFO Austin.

3. Once we arrived at the FBI McAllen Office, I, along with TFO Austin, conducted a consensual interview of SALISE. SALISE stated that he used his Twitter account to search for child pornography.  SALISE stated he derived sexual gratification from watching CSAM. SALISE also admitted to downloading CSAM videos from Mega.NZ links he received from unknown individuals on the Internet. SALISE said he knows that CSAM is illegal.  He also stated that he knows it is illegal to download or distribute CSAM.

4. When asked about the information received from FBI St. Louis, SALISE confirmed that he was the person utilizing the Tumblr account "jaygoo365" as well as the j.y.salise@gmail.com email.  SALISE also confirmed that he was the person soliciting CSAM from the individual in the St. Louis investigation. SALISE also provided multiple other social media platforms and usernames he uses.

5. SALISE informed us that CSAM would be contained within his phone and one of his two laptops.  SALISE gave consent to search his phone as well as his two laptops and provided agents with passcodes for all devices.

6. An initial review of SALISE's phone revealed four videos.  The videos are described as the following:
   a. The first video depicted a naked prepubescent female being vaginally penetrated by an adult male's erect penis.

      b. The second video depicted a prepubescent female performing oral sex on an adult male's erect penis.

      c. The third video depicted a prepubescent female performing oral sex on an adult male's erect penis.

      d. The fourth video depicted an adult female performing oral sex on the erect penis of a prepubescent male.

7. Once I reviewed the CSAM, I advised SALISE that he would be under arrest for the possession of CSAM. I read SALISE his Miranda rights, which SALISE waived and continued to speak with the agents. SALISE confirmed that all of the statements made previously during the consensual interview were factual and correct.